**Opinion issued December 18, 2018**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-18-00659-CV

_____

**ORION REAL ESTATE SERVICES SOUTHEAST, LLC, Appellant**

**V.**

**SP JEFFERSON LAKES I, LP, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1098447**

---

## MEMORANDUM OPINION

Appellant, Orion Real Estate Services Southeast, LLC, has filed a motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). Although appellant's motion does not contain a certificate of conference, it contains a certificate of service on counsel for appellee, the motion has been on file with this Court for more than ten

days, and no response has been filed.  *See* TEX. R. APP. P. 9.5(d), (e), 10.1(a)(5),

10.3(a)(2).  No other party has filed a notice of appeal and no opinion has issued.

*See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP.

P. 42.1(a)(1), (d), 43.2(f).  We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Lloyd, and Caughey.